IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



FILED
JAN 1 0 2023
BONNIE HACKLER
Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN ISAAC FURR, <br><br> Defendant. | Case No. CR 23-001 RAW |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**MURDER IN INDIAN COUNTRY – SECOND DEGREE**
[18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about September 26, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **AUSTIN ISAAC FURR**, an Indian, willfully, deliberately, maliciously, and with malice aforethought, did unlawfully kill D.S., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

_[signature]_

Dwight Artis, NE Registration # 24743
Special Assistant United States Attorney