IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,            Plaintiff,

vs.                                             No. CR-23-1-RAW

AUSTIN ISAAC FURR,                  Defendant.

## MOTION TO CONTINUE

Comes now the Defendant, AUSTIN ISAAC FURR, by and through his counsel, Warren Gotcher of the law firm of GOTCHER AND BEAVER, and for his Motion For Continuance of the Pre Trial Hearing scheduled for February 16, 2023, and the Trial scheduled for March 7, 2023, states as follows:

1. That this matter is set for Pre Trial on February 16, 2023, and Trial for March 7, 2023.

2. That a Waiver of Speedy Trial has been filed herein.

3. That this instant case is a complex case and counsel for Defendant does not have sufficient to prepare for this trial as a result of his trial schedule through the current trial date herein.

4. That counsel has contacted Gregory Dwight Artis, Jr., Assistant United States Attorney, and he states that he has no objection to a continuance herein.

5. That this motion is not made for the purpose of delay but in the interests of justice.

1

WHEREFORE, Defendant prays that the Pre Trial Hearing scheduled for February 16, 2023, and the Trial scheduled for March 7, 2023, be continued to a later date to be scheduled at such time as may be convenient with this Honorable Court.

> AUSTIN ISAAC FURR,
> Defendant
> GOTCHER AND BEAVER
> 323 E. Carl Albert Parkway,
> P.O. Box 160
> McAlester, Oklahoma 74502
> 928-423-0412
> ATTORNEYS FOR DEFENDANT
> BY: s/Warren Gotcher
>       Warren Gotcher, OBA 3495
> Warren@Gotcher-Beaver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2023, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gregory Dwight Artis, Jr.
AUSA

> S/Warren Gotcher
> WARREN GOTCHER