IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF, |
| vs. | NO. CR-23-1-RAW |
| AUSTIN ISAAC FURR, | DEFENDANT. |

REQUEST FOR MENTAL COMPETENCY EXAMINATION

Comes now the Defendant, AUSTIN ISAAC FURR, by and through his attorney, Warren Gotcher, and herewith request that the court order a mental competency examination pursuant to *18 U.S.C. 4241*. In support of said motion, the Defendant submits the following;

1. That this request is made pursuant to *18 U.S.C. 4241*.

2. That in 2012 or 2013, the Defendant was diagnosed with schizophrenia, Bi-polar disease, Manic Depression, and ADHD. That the Defendant was initially prescribed Zyprexa (olanzapine). That while incarcerated in jail awaiting trial, the defendant has been prescribed risperdal.

3. That the Defendant at all times pertinent to the instant charges did not take his medication as prescribed.

4. That the defendant is currently suffering from anxiety and difficulty sleeping.

5. That due to the current symptoms and the previous diagnoses, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

6. That the defendant requests that the court order a Psychiatric or Psychologist report under *18 U.S.C. 4247* and more specifically *4247( c)(A),* to determine if the Defendant is presently suffering from a mental disease or defect the would render him unable to understand the nature or consequences of the proceedings against him or be able to properly assist in his defense.

7. That the government does not oppose this motion.

WHEREFORE premises considered, the Defendant by and through his attorney request the relief requested hereinabove.

        AUSTIN ISAAC FURR, DEFENDANT

        WARREN GOTCHER
        POST OFFICE BOX 160
        MCALESTER, OKLAHOMA 74502
        Warren@gotcher-beaver.com
        (918) 423-0412
        ATTORNEY FOR DEFENDANT
        S/Warren Gotcher
        Warren Gotcher

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2023, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gregory Dwight Artis, Jr.
AUSA

        S/Warren Gotcher
        Warren Gotcher    `