# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-23-001-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 07/12/2023 |
| AUSTIN ISAAC FURR | ) | Time: | 1:42 p.m. – 1:50 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET – COMPETENCY HEARING

U.S. District Court Judge Ronald A. White       Teka Stephens, Deputy Clerk       Shelley Ottwell, Reporter
                                                                                  FTR Courtroom:  2 - Room 224

Counsel for Plaintiff:     Jordan W. Howanitz, Asst. United States Attorney

Counsel for Defendant    Paul Warren Gotcher, Appointed, with Defendant

**MINUTES:**

Court addressed **Sealed Medical Evaluation filed 5/31/2023 (DE#26)** and marked it as **Court's Sealed Exhibit 1** to this hearing. No objections by Counsel. Parties stipulated to the report. Nothing further from either party.

ENTERING FINDING that there is no objective evidence to indicate the Defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that his is unable to understand the nature and consequences of the court proceedings against him, or unable to assist properly in his own defense and is therefore competent. (WRITTEN ORDER TO FOLLOW) (RAW)

Court advised that this matter will be set on the September 6, 2023, Jury Trial docket. Defense Counsel expressed concern that as indicated in the report, Defendant should continue to receive his medication. Defendant advised Counsel today that he has not been receiving his medication. Court responded and requested the DUSMS to remind the jail to administer Defendant's medication to him.

Nothing further.

Court adjourned.