## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR-23-001-RAW |
| AUSTIN ISAAC FURR, | |
| Defendant. | |

### ORDER

This matter came on today for competency hearing.  On February 7, 2023, this court granted the Defendant's unopposed motion pursuant to 18 U.S.C. § 4241 to determine mental competency to stand trial.  A sealed medical evaluation was filed on June 1, 2023 and is the court's Sealed Exhibit 1.  Neither party objected to the doctor's determination that the Defendant is mentally competent to stand trial if he has regular contact with a psychiatrist and/or psychologist and continues taking his medications as prescribed.  For the reasons stated at the hearing, the court finds that the Defendant is mentally competent to stand trial.   The Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

It is so ORDERED this 12th day of July, 2023.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**