### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

### ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

### Prior to the Criminal Pretrial Conference:

### Pleadings to be FILED by TUESDAY, 10/10/2023, at 12:00 NOON:

- Motion for Continuance OR Notice of Intent to Plead
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: (A) Expert Witnesses; (B) Rule 415; and (C) Rule 404(b) *Daubert Motions, if any, filed by Tuesday, 10/10/2023 at 12:00 NOON.*

### Parties are to CONFER and SUBMIT to Chambers by TUESDAY, 10/10/2023:

- **All media for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC.** *(Consent Form is located on the Court's website)*

### CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE, *where a specific date for trial will be discussed.*

### THURSDAY, OCTOBER 19, 2023

9:00 AM

CR-22-118-RAW                    United States of America v. Ta-Ron Eugene Fultz

**Page 2**

---

9:15 AM

CR-22-156-RAW                    United States of America v. John Arthur Dennis, Jr.

---

9:30 AM

CR-23-01-RAW                     United States of America v. Austin Isaac Furr

---

9:45 AM

CR-23-37-01-RAW                  United States of America v. Teon Raynard Robbins

CR-23-37-02-RAW                  United States of America v. Antwon Marquise Williams

---

10:15 AM

CR-23-39-RAW                     United States of America v. Cecil Browning Higginbotham

---

10:30 AM

CR-23-41-RAW                     United States of America v. Cory Donnell Bryant

---

10:45 AM

CR-23-66-RAW                     United States of America v. Courtnei Quincyion Wells

---

11:00 AM

CR-23-75-RAW                     United States of America v. Patrick Timothy Kelley

---

11:15 AM

CR-23-100-RAW                    United States of America v. Terry Joseph Dunnavent

---

11:30 AM

CR-23-103-RAW                    United States of America v. Shyla Faye Pittman

---

11:45 AM

CR-23-110-RAW                    United States of America v. Billy Lee Murphy

---

**Page 3**

<u>1:00 PM</u>

CR-23-113-01-RAW        United States of America v. Jerry Eugene Teafatiller

CR-23-113-02-RAW        United States of America v. Doyle Lee LaFavor

<u>1:30 PM</u>

CR-23-117-RAW           United States of America v. Brian Wayne Davis

<u>1:45 PM</u>

CR-23-119-RAW           United States of America v. Bryon Keith Spencer

<u>2:00 PM</u>

CR-23-124-RAW           United States of America v. Michael Traig Pride

<u>2:15 PM</u>

CR-23-135-RAW           United States of America v. James Tyler Garbey

<u>2:30 PM</u>

CR-23-142-RAW           United States of America v. Jesse Lee Fish

<u>2:45 PM</u>

CR-23-147-RAW           United States of America v. Nathan Kelly Graham

CR-23-155-RAW           United States of America v. Nathan Kelly Graham

<u>3:15 PM</u>

CR-23-149-RAW           United States of America v. Michael Wayne Green

<u>3:30 PM</u>

CR-23-151-RAW           United States of America v. David Henry Vick, Jr.

<u>3:45 PM</u>

CR-23-152-RAW           United States of America v. Arron Lee Gonzalis

**Page 4**

---

4:00 PM

CR-23-153-RAW                United States of America v. Brian Keith Bowen

---

4:15 PM

CR-23-154-RAW                United States of America v. Ricky Alan McFarland

---

4:30 PM

CR-23-156-RAW                United States of America v. Jacob Graves

---

4:45 PM

CR-23-161-RAW                United States of America v. Kristy Zapata-Gutierrez

---

5:00 PM

CR-23-162-RAW                United States of America v. Ryan John Capps

---

DATED this 22nd day of September, 2023.

Ronald A. White
United States District Judge
Eastern District of Oklahoma