IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,          Plaintiff,

vs.                                No. CR-23-1- RAW

AUSTIN ISAAC FURR,                 Defendant.

## NOTICE OF INTENT TO PLEAD GUILTY

Comes now the Defendant, AUSTIN ISAAC FURR, by and through his counsel, Warren Gotcher of the law firm of GOTCHER AND BEAVER, and herewith gives notice of his intent to plead guilty to the indictment on file herein.

That counsel for Defendant is available to appear for a Plea Wednesday, October 11, 2023, after 1:30 p.m. or Thursday, October 12, 2023, after 10:30 a.m.

> AUSTIN ISAAC FURR
> DEFENDANT
>
> GOTCHER AND BEAVER
> 323 E. Carl Albert Parkway, P.O. Box 160
> McAlester, Oklahoma 74502
> 928-423-0412
> ATTORNEYS FOR DEFENDANT
> BY: s/Warren Gotcher
>         Warren Gotcher, OBA 3495
> Warren@Gotcher-Beaver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2023, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Gregory Dwight Artis, Jr., AUSA
Jordan W. Howanitz, AUSA

> S/Warren Gotcher
> WARREN GOTCHER

1