IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**AUSTIN ISAAC FURR,**<br><br>*Defendant.* | Case No.  CR-23-1-RAW |

## INFORMATION

The Federal Grand Jury charges:

### COUNT ONE

### VOLUNTARY MANSLAUGHTER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1112(a), 1151, & 1153]

On or about September 26, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **AUSTIN ISAAC FURR**, an Indian, acting upon a sudden quarrel or heat of passion, did knowingly kill D.S., in violation of Title 18, United States Code, Sections 1112(a), 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

s/ Jordan Howanitz
Jordan Howanitz, TN Bar #035622
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Phone: (918) 684-5100
Jordan.howanitz@usdoj.gov