IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

AUSTIN ISAAC FURR,

    *Defendant.*

Case No. 23-CR-001-RAW

**FILED**
APR 12 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

### NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney, Jordan W. Howanitz, and dismisses the Indictment that was filed on January 10, 2023, as to **AUSTIN ISAAC FURR.**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has pled guilty to a felony Information and further prosecution is deemed unwarranted.

                        CHRISTOPHER J. WILSON
                        United States Attorney

s/   Jordan W. Howanitz
      JORDAN W. HOWANITZ, TNBA #035622
      Assistant United States Attorney

LEAVE GRANTED FOR FILING:

*Ronald A. White*
RONALD A. WHITE
United States District Judge